# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1874
LT Case No. 2022-CA-48424

———————————————

CHAIM JOSEPH BIALOSTOZKY
A/K/A JOSEPH BIALOSTOZKY
A/K/A YOSEPH BIALOSTOZKY,

    Appellant,

    v.

GAHC3 MOUNT DORA FL MOB II,
LLC,

    Appellee.

———————————————

Nonfinal appeal from the Circuit Court for Brevard County.
Michelle L. Naberhaus, Judge.

Megan Fonzalez, of Annesser Armenteros, PLLC, Miami, for
Appellant.

Paul A. Humbert, of Law Offices of Paul A. Humbert, P.L.,
Miami, for Appellee.

January 30, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____